Opinion issued July 21, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00715-CV

————————————

## IN RE SUZANNE MARTINEZ GARNER, RELATOR

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator has filed a motion to dismiss this original proceeding as moot.[1] We grant the motion and dismiss the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *In the Estate of Joseph Anthony Martinez, Deceased*, cause number 522,495, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Jerry W. Simoneaux presiding.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.